JASON M. FRIERSON  
United States Attorney  
District of Nevada  
Nevada Bar No. 7709  
CHRISTIAN R. RUIZ  
Assistant United States Attorney  
501 Las Vegas Blvd. So., Suite 1100  
Las Vegas, Nevada 89101  
Phone: (702) 388-6336  
Fax: (702) 388-6787  
Christian.Ruiz@usdoj.gov  

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Victor Botnari, et al, <br><br> Plaintiffs <br><br> v. <br><br> Merrick B. Garland, Attorney General, et al, <br><br> Defendants | Case No. 2:24-cv-02285-CDS-NJK <br><br> **Joint Stipulation to Stay the Proceedings (First Request)** <br><br> [ECF No. 29] |

    Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for a period of 60 days, or until **March 9, 2025**.

    The subject of this litigation concerns Plaintiff Mariia Trofimova's Form I-730 petition for her spouse, Plaintiff Victor Botnari. (Corrected Compl. ¶¶ 1–2, ECF No. 7-1.) Trofimova is an asylee and Botnari is her spouse. (*Id.* ¶¶ 10–11.) Plaintiffs assert that Botnari is eligible for derivative asylee status through Trofimova. (*Id.*) Further, the Complaint asserts Defendants have unduly delayed processing of Plaintiffs' Form I-730 petition. (*Id.* ¶¶ 33, 40.)

    Although the undersigned counsel for the Federal Defendants does not yet have access to the electronic court documents available in the court docket for this case, the docket reflects that on December 10, 2024, this case was transferred to the United States District Court for the District of Nevada. (*See* ECF No. 21.) Undersigned counsel for the

Federal Defendants and counsel for Plaintiffs conferred regarding this case and the timing for a response as well as a status report. The Federal Defendants requested, and counsel for Plaintiffs kindly agreed to, a stay in this case up to and including March 9, 2025, to give the Federal Defendants an opportunity to gather information and formulate a position as well as consider steps that might resolve the issues raised in the Complaint without continued litigation.

This is the first request to stay the proceedings. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1. The parties reserve the ability to seek additional time to finalize resolution, if necessary.

Respectfully submitted this 8th day of January 2025.

BARSHEV, P.C.

/s/ Sergei Shevchenko
SERGEI SHEVCHENKO
Lead Attorney
20501 Ventura Boulevard
Suite 323
Woodland Hills, California 91364
Tel. (310) 285-1552
Fax (310) 862-1875
sergei@barshev.com
*Attorney for Plaintiffs*

JASON M. FRIERSON
United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the United States*

The parties' stipulation **[ECF No. 29] is approved**. This matter is STAYED up to and including March 9, 2025.

Dated: January 13, 2025

_____
Cristina D. Silva
United States District Judge

2